**Thomas A. MANZ, Petitioner–
Appellant,**

v.

**Mike McGRATH; et al., Respondents–
Appellees.**

No. 04–35812.

United States Court of Appeals,
Ninth Circuit.

Nov. 27, 2006.*

Dec. 1, 2006.

Thomas A. Manz, Glen, MT, pro se.

Jennifer M. Anders, Esq., Office of the Montana Attorney General, Helena, MT, for Respondents–Appellees.

Appeal from the United States District Court for the District of Montana, Donald W. Molloy, District Judge, Presiding. D.C. No. CV–03–00061–DWM.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

We have reviewed the record and the response to the court's July 20, 2006, order to show cause and we conclude the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

All pending motions are denied as moot.
**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.